USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Jamar Antwaun Gladden | COURT CASE NUMBER<br>3:19CV00009 |
|---|---|
| DEFENDANT<br>R. A. Oberholzer | TYPE OF PROCESS<br>Summons and Complaint |

*U.S. MARSHALS SERVICE ROANOKE, VA  2019 FEB 15 A 9:27*

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
R. A. Oberholzer, Police Officer, Charlottesville Police Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
606 E. Market Street, Charlottesville, VA 22902

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jamar Antwaun Gladden, Pro Se Plaintiff
500 5th Street #B
Waynesboro, VA 22980

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

See copy of Order entered 2/12/2019 by Senior Judge Jackson L. Kiser

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 27 2019
JULIA C. DUDLEY, CLERK
BY: /s/ *[signature]*
DEPUTY CLERK

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>434-793-7147, ext. 1 | DATE<br>2/12/19 |
|---|---|---|---|
| M.A. Hupp, Deputy Clerk | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>1 | District of Origin<br>No. 084 | District to Serve<br>No. 084 | Signature of Authorized USMS Deputy or Clerk | Date<br>2/15/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date: 2/15/19  Time: 3:30 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>P. /s/ |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $32.50 | 2 × .58 = $1.16 | / | $33.60 | | ~~$0.00~~ $33.60 |

REMARKS
2/15/19 - 1 DUSM, 1/2 hour, 2 mi rnd trip, Personal Service, P/s/

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 3:19CV00009

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **R. A. Oberholzer, Police Officer**
was received by me on *(date)* **2/15/19**.

☒ I personally served the summons on the individual at *(place)* **606 E. Market St, Charlottesville VA, 22902** on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **1.16** for travel and $ **32.50** for services, for a total of $ **33.60**.

I declare under penalty of perjury that this information is true.

Date: **2/15/19**

*P. [signature]*
Server's signature

**Philip Syms, SDUSM**
Printed name and title

**255 W. Main St, Charlottesville VA 22902**
Server's address

Additional information regarding attempted service, etc: