IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JAMAR ANTWAUN GLADDEN,

     *Plaintiff,*

v.               Civil Action No. **3:19CV00009**

R.A. OBERHOLZER,

     *Defendant*.

## ANSWER OF DEFENDANT R.A. OBERHOLZER

Defendant R.A. Oberholzer, by counsel, submits his Answer to Plaintiff's Complaint, as follows:

1. Defendant denies the allegations in paragraph III-Statement of Claim in the Complaint.

2. Defendant denies that he placed Plaintiff in a choke hold on July 29, 2015 and denies that he used excessive force during Plaintiff's arrest/detention on July 29, 2015.

3. Defendant denies all allegations in the Complaint not expressly admitted herein.

4. Defendant denies that he is indebted or liable to the plaintiff for the amounts or reasons set forth in the Complaint or any other amount or reasons whatsoever.

5. The Complaint fails to state a claim upon which relief can be granted.

6. Defendant is entitled to qualified immunity.

7. The Complaint is barred by the statute of limitations.

Wherefore, your defendant moves the Court to dismiss the Complaint and award him his costs in this behalf expended.

              R.A. OBERHOLZER
              By Counsel

s/Richard H. Milnor
Richard H. Milnor, Esquire (VSB #14177)
John W. Zunka, Esquire (VSB #14368)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville VA 22902
Telephone: (434) 977-0191
Facsimile:  (434) 977-0198
rmilnor@zmc-law.com
*Counsel for R.A. Oberholzer*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2019, I electronically filed the foregoing Answer with the Clerk of the Court using the CM/ECF system, and mailed a copy of the Answer to:

Jamar Antwaun Gladden
500 5th St. #B
Waynesboro, VA  22980

s/Richard H. Milnor