AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 12 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JAMAR ANTWANN GLADDEN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 319CV00009 |
| R.A. OBERHOLZER ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

R. A. Oberholzer

Date:   06/12/2019

*Attorney's Signature*

Denise Y. Lunsford, VSB#31833
*Printed name and bar number*

Lunsford & Vradenburgh, LLC
414 E. Market Street
Charlottesville, Va.  22902

*Address*

d@lunsford-law.com
*E-mail address*

(434) 328-8798
*Telephone number*

(434) 328-8799
*FAX number*